*e-filed 7/24/06

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: SILICON VALLEY TELCOM<br>    & INTERNET EXCHANGE, | Case No. CV-06-2566-JF<br><br>ORDER TO SHOW CAUSE RE:<br>DISMISSAL |

    The above named matter came regularly for a case management conference hearing before the Honorable Jeremy Fogel in Courtroom 3, on Friday, July 7, 2006 at 10:30 a.m. No appearance was made by Plaintiff. The Court hereby issues an ORDER TO SHOW CAUSE to be heard on Friday, August 18, 2006 at 10:30 a.m. as to why this action should not be dismissed for failure to prosecute. If Plaintiff does not file a response to the ORDER TO SHOW CAUSE by August 11, 2006, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

Date:  July 24, 2006

                                            Jeremy Fogel
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28